Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas
## _Corpus_Christi_ Division

United States Courts
Southern District of Texas
FILED

FEB 0 8 2024

Nathan Ochsner, Clerk of Court

Dr. John Emil Petersen III

)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Meta, Inc.

Mark Zuckerb

)
)
)
)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Dr. John Emil Petersen III |
| Street Address | 936 Collins St. |
| City and County | Corpus Christi, Nueces |
| State and Zip Code | Texas, 78411 |
| Telephone Number | 520-304-7534 |
| E-mail Address | jepetersen@utexas.edu, ceo@n-dtech.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name: Meta, Inc
    Job or Title (if known):
    Street Address: 1 Hacker Way
    City and County: Menlo Park, San Mateo
    State and Zip Code: California, 94025
    Telephone Number: Impossible
    E-mail Address (if known): Impossible

Defendant No. 2

    Name: Mark Zuckerberg
    Job or Title (if known): CEO
    Street Address: 1 Hacker Way
    City and County: Menlo Park, San Mateo
    State and Zip Code: California, 94025
    Telephone Number: Impossible
    E-mail Address (if known): Impossible

Defendant No. 3

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4

    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

5th amendment; 7th amendment; 14th amendment; Title IX of the Organized Crime Control Act of 1970, codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968; CHAPTER 107—PROTECTION OF INTELLECTUAL PROPERTY RIGHTS; 18 U.S. Code § 1708 - Theft or receipt of stolen mail matter generally; 18 U.S. Code § 1028A - Aggravated identity theft

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* Dr. John Emil Petersen III, is a citizen of the State of *(name)* Texas.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* Mark Zuckerberg, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b. If the defendant is a corporation

The defendant, *(name)* Meta, Inc, is incorporated under the laws of the State of *(name)* Delaware, and has its principal place of business in the State of *(name)* Texas.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The initial monetization policy of Facebook, Inc, now owned by Meta, Inc, was stolen out of my Yahoo! email account in February of 2011, as I was corresponding with a lawyer (Chris Marrou), attempting to secure intellectual property in the form of a provisional utility patent. This event led to the initial public offering of Facebook, Inc. The market capitalization of the IPO exceeded $100 billion, not to mention every dollar they have made off of the idea since. I mailed an invoice and cease and desist order to Facebook last year.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

San Antonio, Texas. At the time, I lived in the Seville Apartments on Blanco Rd. Chris was living right off of loop 410, on the North side of town.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Again, the initial monetization policy of Facebook, Inc, now owned by Meta, Inc, was stolen out of my Yahoo! email account in February of 2011, as I was corresponding with a lawyer (Chris Marrou), attempting to secure intellectual property in the form of a provisional utility patent. I have the original pdf document which was stolen, which has a digital timestamp of February 2nd, 2011. This can be proven forensically. The racketeering and identity theft has been incessant, ever since.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The initial document was generated by me, on February 2nd, 2011. Jack Andrews and I signed it digitally, with a Wacom tablet. Chris Marrou and I were corresponding with a lawyer who specialized in intellectual property, and at the time, he claimed IBM had "blanket" patents which would make securing a patent on the algorithm difficult. A week or two later, half of the sites I visited on the internet had a "login with facebook" button on them. Shortly thereafter, the movie "The Social Network," was released, along with Facebook's IPO. Since then, Yahoo! has not allowed me to login or reclaim this email account. Facebook began stalking me immediately, making movies which gaslit my personal life with slander and libel, while changing the names of characters to protect themselves from reprisal. The first example of this was "Our Idiot Brother," released in 2011.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

In January of 2021, they led a smear campaign to destroy my engineering and robotics company, "N-Dimensional Technologies, LLC." I have since reformed the company as a sole proprietorship with a slightly different name (http://n-dtech.com), but damage to both my reputation and theft of a key algorithm (registered copyright, 2021), along with the racketeering has made business nigh-impossible.

My social, family, business, and legal connections are terrified of reprisal from Facebook/Meta's racketeering mob, whom they pay through "Facebook Marketplace," so I work alone. On February 6th, 2024, I applied for another non-provisional utility patent, but I fear corporate espionage will sabotage yet another brilliant business idea, even though I have told no one but family members who let me borrow money for the application.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

For destruction of wealth, larceny, and IP infringement, I request $11.1 billion. As for punitive damages, I request another $11.1 billion, due to defamation, character assassination, racketeering, stalking, identity theft, hacking, and mail tampering. I have lost 13 years of my life, that I can never get back, not to mention countless friends and business contacts. I mailed an invoice and cease and desist order to Facebook last year, which can be viewed at http://truthorfight.org. Both were ignored, and if anything, the racketeering accelerated.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/07/2024

Signature of Plaintiff

Printed Name of Plaintiff    Dr. John Emil Petersen III

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address