United States Courts
Southern District of Texas
FILED

JUL 29 2024

Nathan Ochsner, Clerk of Court

2:24-CV-38

I, Dr. John Emil Petersen III, did not receive any return summons from Facebook, Inc or Mark Zuckerberg, regarding Civil Action # 2:24-CV-00038. Therefore, they forfeit, over twenty-one days has passed since the return of the summons served to Facebook, Inc. The defendents have forfeited, and I am requesting the courts to sieze the amount in the complaint from the defendents, such that I, the plaintiff receive the judgement in my favor, in the form of a check.

Thank you,

520-304-7534
963 Collins St. (78411)

Dr. John Emil Petersen III