United States District Court
Southern District of Texas
**ENTERED**
October 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DR. JOHN EMIL PETERSEN III, | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 2:24-CV-00038 |
| | § | |
| META, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Pursuant to the Court's order adopting Magistrate Judge Mitchel Neurock's Memorandum and Recommendation, (D.E. 19), the Court enters final judgment dismissing Plaintiff's claims. (D.E. 1). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 30th, 2024